DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| **JAMES PETER CONLAN** | ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| | ) ) ) |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the M | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  3:15-CV-2841(CCC)

18 USC 1964 (a)+(c), 42 USC 1983; DIVE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Carlos Severino, Ph.D., Chancellor, University of Puerto Rico, Río Piedras Campus

UPR Edificio Administración Central, 1st floor, Jardín Botánico Sur, #1187 Flamboyán, S.J., PR 0092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 04/20/2016

s/Alexandra Robledo

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Middle States Association of Colleges and Schools and The Mid-Atlantic Regional Commission on Higher Education doing business as the MIDDLE STATES C *Juan Oliveras*

was received by me on *(date)* 16 mayo 2016 .

☒ I personally served the summons on the individual at *(place)* Carlos Severiano Rector
U.P.R. Mayamora Del Valle – on *(date)* 18 mayo 2016 ; or
Autorizada a recibir documentos

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ 20·00 for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 18 mayo 2016

_____
*Server's signature*

Juan Oliveras
_____
*Printed name and title*

Carolina
_____
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Puerto Rico

| | |
|---|---|
| JAMES PETER CONLAN | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:15-CV-2841(CCC) |
| | ) |
| | ) 18 USC 1964 (a)+(c), 42 USC 1983; DIVE |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the ? | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Unión Trabajadores Industriales de Puerto Rico,  D/B/A Sindicato de Trabajadores de la Universidad

1006 Calle Vallejo Río Piedras, PR 09925-3814; Mailing address P.O. Box 22014 San Juan, PR  009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date:  04/20/2016          s/Alexandra Robledo
_____          _____
                            *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

### PROOF OF SERVICE

#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)* _Juan Oliveras_

was received by me on *(date)* _16 mayo_ .

☐ I personally served the summons on the individual at *(place)* _Sindicato de trabajadores_
_de la U.P.R. Ple. Sra. Hilda Castro_ on *(date)* _18 mayo 2016_ or;
_aut. a recibir document_

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_de la U.P.R. Ple_ _____, a person of suitable age and discretion who resides there, on *(date)*
_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____
_____; or

☐ Other *(specify)* _____
_____

My fees are $ _20.00_ for travel and $ _____ for services, for a total of $ ____
_____.

I declare under penalty of perjury that this information is true.

Date: _18 mayo 2016_

_____
Server's signature

_Juan Oliveras_
Printed name and title

_Carolina_
Server's address

Additional information regarding attempted service, etc:

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of Puerto Rico

|  |  |
|---|---|
| **JAMES PETER CONLAN** | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  3:15-CV-2841(CCC) |
|  | ) |
|  | ) 18 USC 1964 (a)+(c), 42 USC 1983; DIVE |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the M | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Asociación Puertorriqueña de Profesores Universitarios , Inc.

University of Puerto Rico, Rio Piedras Campus San Juan, PR 00931  (787-758-8282; 787-764-000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date:   04/20/2016                                          s/Alexandra Robledo
                                                                    *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*  Juan Oliveras

was received by me on *(date)* 16 mayo 2016 .

☐ I personally served the summons on the individual at *(place)* Asociacion Puertorriqueña de

Profesores Universitarios P/c Centro Trade  on *(date)* 8 mayo 2016  or;

APUV ☐ I left the summons at the individual's residence or usual place of abode with *(name)* que recibir documentos

_____, a person of suitable age and discretion who resides there, on *(date)*

_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____,

who is designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____

_____; or

☐ Other *(specify)* _____

_____.

My fees are $ 20.00 for travel and $ _____ for services, for a total of $

_____.

I declare under penalty of perjury that this information is true.

Date: 18 mayo 2016

_____
Server's signature

Juan Oliveras
Printed name and title

Carolina
Server's address

Additional information regarding attempted service, etc:

_____



DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | |
|---|---|
| **JAMES PETER CONLAN** | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No. 3:15-CV-2841(CCC) |
| | ) |
| | ) 18 USC 1964 (a)+(c), 42 USC 1983; DIVE |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as Det S | ) |
| _____ | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Unión Bonafide de Oficiales de Seguridad UPR (UBOS) Union for the Security guards operating on

(No physical address or mailing address)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: _____04/20/2016_____                    _____s/Alexandra Robledo_____
                                                                    *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

Civil Action No.

### PROOF OF SERVICE

#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _Jvelan Oliveras_

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _Union Bona fide de oficiales de Seguridad JULP (UBOS) Rigoberto Vélez_ on *(date)* _18 mayo 2016_ or;
_Presidente_

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there, on *(date)*
_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____,
who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____
_____; or

☐ Other *(specify)* _____
_____

My fees are $ _20·00_ for travel and $ _____ for services, for a total of $
_____.

I declare under penalty of perjury that this information is true.

Date: _18 mayo 2016_

_____
Server's signature

_Juan Oliveras_
Printed name and title

_Carolina_
Server's address

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Puerto Rico

| | | |
|---|---|---|
| **JAMES PETER CONLAN** | ) | |
| *Plaintiff(s)* | ) ) ) | |
| v. | ) ) | Civil Action No.  3:15-CV-2841(CCC) |
| | ) ) | 18 USC 1964 (a)+(c), 42 USC 1983; DIVEJ |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the M | ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Uroyoán R. Walker-Ramos, Ph.D. President, University of Puerto Rico,**

**UPR Edificio Administración Central, 1st floor, Jardín Botánico Sur, #1187 Flamboyán, S.J., PR 0092**

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3**

**1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912**

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: **04/20/2016**

                                    s/Alexandra Robledo
                               *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ~~Middle States Association of Colleges and Schools and The Middle States Commission on Higher Education doing business as the MIDDLE STATES C~~ *Ivan Olivero*

was received by me on *(date)* 16 mayo 2016 .

☐ I personally served the summons on the individual at *(place)* Uroyoan Walker Ramos

*Presidente U.P.R. Plc S[?]a Marta Nieves* on *(date)* 17 mayo 2016 ; or
*cut a recibir documento*

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ 20.00 for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 17 mayo 2016

_____
*Server's signature*

Ivan Oliveras
*Printed name and title*

Carolina
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

|  |  |
|---|---|
| **JAMES PETER CONLAN** | ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No.  3:15-CV-2841(CCC) ) ) 18 USC 1964 (a)+(c), 42 USC 1983; DIVE |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the b | ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The University of Puerto Rico Board of Governors, A.K.A. La Junta de Gobierno UPR, c/o, Secretaric

Primer Piso, Jardín Botánico Sur, #1187 Calle Flamboyán, San Juan, Puerto Rico 00926

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE, CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date:  05/11/2016

s/Ana E. Durán-Capella

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ~~Middle States Association of Colleges and Schools and the Mid-Atlantic Region Commission on Elementary and Secondary Schools to the MIDDLE STATES C~~ Juan Oliveras

was received by me on *(date)* 16 mayo 2016 .

☐ I personally served the summons on the individual at *(place)* UPR Board Governors Lcda

Sandra Espada Hc Lcda Melissa on *(date)* 14 mayo 2016 ; or

Reys Ofic Legal J. Gobierno

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____

My fees are $ 20.00 for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 17 mayo 2016 _____
Server's signature

Juan Oliveras
Printed name and title

Carolina
Server's address

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Puerto Rico

|  |  |  |
|---|---|---|
| **JAMES PETER CONLAN** | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No.  3:15-CV-2841(CCC) |
| v. | ) ) ) | |
| | ) | 18 USC 1964 (a)+(c), 42 USC 1983; DIVE |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the N | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The University of Puerto Rico, C/O Executive Secretary, UPR Junta de Gobierno

UPR Edificio Administración Central, 1st floor, Jardín Botánico Sur, #1187 Flamboyán, S.J., PR 0092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: **04/20/2016**

s/Alexandra Robledo
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Middle States Association of Colleges And The Mid-Atlantic Region of Schools of the organization doing business as the MIDDLE STATES C~~~

*Juan Oliveras*

was received by me on *(date)* 16 Mayo 2016.

☐ I personally served the summons on the individual at *(place)* Secretaria Ejecutivo

*Gobierno Lcda Sandra Espada Plc* on *(date)* 17 Mayo 2016 ; or

*Lcda Melissa Reyes Ofic Legal Gobierno*

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ 20.00 for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 17 Mayo 2016

_____
*Server's signature*

*Juan Oliveras*
*Printed name and title*

*Caro Ing*
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev: 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| **JAMES PETER CONLAN** | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  3:15-CV-2841(CCC)<br><br>18 USC 1964 (a)+(c), 42 USC 1983; DIVE |
| *Plaintiff(s)* | | |
| v. | | |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mr. Christian Arvelo Forteza, Student Member 2015-2016, UPR Junta de Gobierno

UPR Edeficio Administración Central, 1st floor, Jardín Botánico Sur, #1187 Flamboyán, S.J., PR 0092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: **04/20/2016**

s/Alexandra Robledo

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Juan Olivera_ Middle States Association of Colleges and Schools and its Mid-Atlantic Region Commission on Higher Education doing business as the MIDDLE STATES C

was received by me on *(date)* _16 mayo 2016_

☑ I personally served the summons on the individual at *(place)* _Christian Aruelo Forteza ┼ Gobierno Ple Lcda Melissa Rup_ on *(date)* _17 mayo 2016_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____

My fees are $ _20.00_ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _17 mayo 2016_

_____
Server's signature

_Juan Oliveras_
Printed name and title

_Carolina_
Server's address

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| **JAMES PETER CONLAN** <br> _Plaintiff(s)_ <br> v. <br> <sub>Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the M</sub> <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:15-CV-2841(CCC) <br><br> 18 USC 1964 (a)+(c), 42 USC 1983; DIVE |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Dr. Juan B. Aponte Vázquez, Member, 2013-2018, UPR Junta de Gobierno

UPR Edificio Administración Central, 1st floor, Jardín Botánico Sur, #1187 Flamboyán, S.J., PR 0092

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_FRANCES RIOS DE MORAN, ESQ._
_CLERK OF COURT_

Date: **04/20/2016**

                                     s/Alexandra Robledo
_Signature of Clerk or Deputy Clerk_

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Juan Oliveras   Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the MIDDLE STATES C

was received by me on *(date)* 16 Mayo 2016 .

[X] I personally served the summons on the individual at *(place)* José B Apnte Vazquez

+ Gobremo Mc Coda Melissa Reyes on *(date)* 17 Mayo 2016 or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other *(specify):* _____

_____ .

My fees are $ 20.00 for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 17 Mayo 2016

_____
*Server's signature*

Juan Oliveras
*Printed name and title*

Carolina
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

|  |  |  |
|---|---|---|
| **JAMES PETER CONLAN** | ) ) ) ) ) | |
| _Plaintiff(s)_ | ) | |
| v. | ) ) | Civil Action No.  3:15-CV-2841(CCC) |
|  | ) ) | 18 USC 1964 (a)+(c), 42 USC 1983; DIVE ⊞ |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the ▶ | ) ) | |
| _Defendant(s)_ | ) | |

### SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Juan Acosta Reboyras, Esquire, Member 2013-2018 , UPR Junta de Gobierno

UPR Edeficio Administración Central, 1st floor, Jardín Botánico Sur, #1187 Flamboyán, S.J., PR 0092 ⊞

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_FRANCES RIOS DE MORAN, ESQ._
_CLERK OF COURT_

Date: **04/20/2016**

s/Alexandra Robledo
_Signature of Clerk or Deputy Clerk_

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Juan Olveras_

Middle States Association of Colleges and Schools as The Middle State Report Commission on higher education doing business as the MIDDLE STATES C

was received by me on *(date)* 16 mayo 2016 .

☑ I personally served the summons on the individual at *(place)* Juan Acosta Rebayras

+ Gobierno Vic Lcda Melissa Reyes on *(date)* 17 mayo 2016 or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ 20.00 for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 17 mayo 2016

_____
Server's signature

Juan Olveras
Printed name and title

Carolina
Server's address

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Juan Oliveras

Middle States Association of Colleges and Schools and The Middle States Association on Higher Education doing business as the MIDDLE STATES C

was received by me on *(date)* 16 mayo 2016 .

☑ I personally served the summons on the individual at *(place)* Juan Acosta Rebayras
+ Gobierno Plc Leda Melissa Reyes on *(date)* 17 mayo 2016 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ 20.00  for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 17 mayo 2016

_____
*Server's signature*

Juan Oliveras
_____
*Printed name and title*

Carolina
_____
*Server's address*

Additional information regarding attempted service, etc:

_____

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
District of Puerto Rico

|  |  |  |
|---|---|---|
| **JAMES PETER CONLAN** | ) | |
| *Plaintiff(s)* | ) | Civil Action No.  3:15-CV-2841(CCC) |
| v. | ) | |
|  | ) | 18 USC 1964 (a)+(c), 42 USC 1983; DIVE |
| <small>Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the N</small> | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dra. Gloria Butrón Castelli, Member 2015-2016, Faculty Representative, UPR Junta de Gobierno,

UPR Edificio Administración Central, 1st floor, Jardín Botánico Sur, #1187 Flamboyán, S.J., PR 0092

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date:  **04/20/2016**

s/Alexandra Robledo
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Juan Oliveras_ Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the MIDDLE STATES

was received by me on *(date)* _16 Mayo 2016_ .

☒ I personally served the summons on the individual at *(place)* _Gloria Butran Castell_
_+ Gobremo Mcleda Mebara Reyes_ on *(date)* _17 Mayo 2016_ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _2000_ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _17 Mayo 2016_ _____
Server's signature

_Juan Oliveras_
Printed name and title

_Carolina_
Server's address

Additional information regarding attempted service, etc:
_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
District of Puerto Rico

| | | |
|---|---|---|
| **JAMES PETER CONLAN** | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  3:15-CV-2841(CCC) |
| | ) ) | 18 USC 1964 (a)+(c), 42 USC 1983; DIVE⊞ |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the ⊠ | ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Rafael Escalera Rodríguez, Esquire, Member 2013-2022,  UPR Junta de Gobierno

UPR Edificio Administración Central, 1st floor, Jardín Botánico Sur, #1187 Flamboyán, S.J., PR 0092⊞

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: **04/20/2016**

s/Alexandra Robledo
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ~~Juan Oliveras~~
Middle States Association of Colleges and Schools, The Mid-Atlantic Region Commission on Higher Education doing business as the MIDDLE STATES C

was received by me on *(date)* 16 mayo 2016 .

☒ I personally served the summons on the individual at *(place)* Rafael Escalera Rodriguez
*Gobierno P/c Lcda Melissa Reyes* on *(date)* 12 mayo 2016; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ 20 00 for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 17 mayo 2016

_____
Server's signature

Juan Oliveras
Printed name and title

Carolina
Server's address

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| **JAMES PETER CONLAN** | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) ) | Civil Action No.  3:15-CV-2841(CCC) |
| | ) ) | 18 USC 1964 (a)+(c), 42 USC 1983; DIVEⱼ |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the ► | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dr. Ana María García Blanco, Member, 2013-2018, UPR Junta de Gobierno

UPR Edificio Administración Central, 1st floor, Jardín Botánico Sur, #1187 Flamboyán, S.J., PR 0092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date:  **04/20/2016**

s/Alexandra Robledo

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ~~Juan Oliveras~~ Middle States Association of Colleges and Schools, Inc. & The Mid-Atlantic Region of the Commission [on] doing business as the MIDDLE STATES [

was received by me on *(date)* 16 Mayo 2016 .

☐ I personally served the summons on the individual at *(place)* Ana Maria Garcia Blanco

✠ Gobierno P/c Leda Melissa Reyes on *(date)* 17 mayo 2016 ; or
Ofic Legal ✠ Gobierno

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ 20.00 for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 17 Mayo 2016                            _____
                                                     *Server's signature*

                                             Juan Oliveras
                                                     *Printed name and title*

                                             Carolina
                                                     *Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| **JAMES PETER CONLAN** | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No.  3:15-CV-2841(CCC) |
| v. | ) ) ) | 18 USC 1964 (a)+(c), 42 USC 1983; DIVEJ ⊞ |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the M | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Mr. Dennis Hickey Rivera, Member, UPR Junta de Gobierno**

**UPR Edificio Administración Central, 1st floor, Jardín Botánico Sur, #1187 Flamboyán, S.J., PR 0092** ⊞

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3**

**1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: **04/20/2016**

s/Alexandra Robledo

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the MIDDLE STATES C *Juan Oliveras*

was received by me on *(date)* 16 Mayo 2016

☒ I personally served the summons on the individual at *(place)* Davis Hickey Rivera
+ Gobierno Plc Lcda Melissa Reyes on *(date)* 17 mayo 2016 ; or
Oza Legal + Gobierno

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____.

My fees are $ 20.00 for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 17 mayo 2016

_____
Server's signature

*Juan Oliveras*
Printed name and title

*Carolina*
Server's address

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

|  |  |
|---|---|
| **JAMES PETER CONLAN** <br><br> *Plaintiff(s)* <br><br> v. <br><br> <sub>Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the M</sub> <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  3:15-CV-2841(CCC)

18 USC 1964 (a)+(c), 42 USC 1983; DIVE▪

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dr. Carlos Pérez Díaz, Member 2014-2020 Vice president, UPR Junta de Gobierno

UPR Edificio Administración Central, 1st floor, Jardín Botánico Sur, #1187 Flamboyán, S.J., PR 0092▪

 A lawsuit has been filed against you.

 Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date:  **04/20/2016**

s/Alexandra Robledo

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Ivan Oliveras_ Middle States Association of Colleges and Schools and the Mid-American Region Commission on Elementary education doing business as the MIDDLE STATES C

was received by me on *(date)* _16 mayo 2016_ .

☒ I personally served the summons on the individual at *(place)* _Carlos Perez Díaz_
+ _Gobierno Plc Lcda Melissa Reyes_ on *(date)* _____ ; or
_Ofic legal + Gobierno_

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _20.00_ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _17 mayo 2016_      _____
                                              *Server's signature*

                                              _Ivan Oliveras_
                                              *Printed name and title*

                                              _Carolina_
                                              *Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | |
|---|---|
| **JAMES PETER CONLAN** | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  3:15-CV-2841(CCC) |
| | ) |
| | ) 18 USC 1964 (a)+(c), 42 USC 1983; DIVE⊞ |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the N | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mr.Edgard Resto Rodríguez, Member, UPR Junta de Gobierno

UPR Edificio Administración Central, 1st floor, Jardín Botánico Sur, #1187 Flamboyán, S.J., PR 009⊞

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: **04/20/2016**
_____

s/Alexandra Robledo
_____
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ~~Juan Oliveras~~

Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the MIDDLE STATES C

was received by me on *(date)* 16 Mayo 2016 .

☐ I personally served the summons on the individual at *(place)* Edgar Rufo Rodrigues
+ Gobierno Plc Ccda Melissa Ruys on *(date)* _____ ; or
Oses. Legal Junta Go

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $20.00 for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 17 Mayo 2016 _____
*Server's Signature*

Juan Oliveras
*Printed name and title*

Carolina
*Server's address*

Additional information regarding attempted service, etc:
_____

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | |
|---|---|
| **JAMES PETER CONLAN** | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  3:15-CV-2841(CCC) |
| | ) |
| | ) 18 USC 1964 (a)+(c), 42 USC 1983; DIVE+ |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the M | ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Mr. Harold E. Soto Fortuño, Student member, UPR Junta de Gobierno

UPR Edificio Administración Central, 1st floor, Jardín Botánico Sur, #1187 Flamboyán, S.J., PR 009+

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date:  **04/20/2016**

s/Alexandra Robledo
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ~~Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the MIDDLE STATES C~~ *Ivan A Oliveras*

was received by me on *(date)* 16 mayo 2016 .

☑ I personally served the summons on the individual at *(place)* Harold G Soto fortuno

+ Gobierno P/C Cda Melissa Reya  on *(date)* 17 mayo 2016 ; or
oses Cesa | Junta Gobierno

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 17 mayo 2016

_____
*Server's signature*

Ivan Oliveras
*Printed name and title*

Corolina
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | | |
|---|---|---|
| **JAMES PETER CONLAN** | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No.  3:15-CV-2841(CCC) |
| v. | ) ) | |
| | ) | 18 USC 1964 (a)+(c), 42 USC 1983; DIVE |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the M | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jorge L. Sánchez Colón M.D. Member 2013-2020 President, UPR Junta de Gobierno

UPR Edificio Administración Central, 1st floor, Jardín Botánico Sur, #1187 Flamboyán, S.J., PR 0092

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 04/20/2016

s/Alexandra Robledo
*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Juan Oliveras_ Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Elementary and Secondary Schools doing business as the MIDDLE STATES C

was received by me on *(date)* _16 Mayo 2016_

☑ I personally served the summons on the individual at *(place)* _Jorge L Sanchez Colon_
_+ de Gobierno P/C Lcda Melissa Reyes_ on *(date)* _17 Mayo 2016_ ; or
_Asesor Legal + Gobierno_

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____ .

My fees are $ _20.00_ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _17 Mayo 2016_

_____
*Server's signature*

_Juan Oliveras_
*Printed name and title*

_Carolina_
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| **JAMES PETER CONLAN** | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No.  3:15-CV-2841(CCC) |
| | ) ) | 18 USC 1964 (a)+(c), 42 USC 1983; DIVE⊞ |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the M | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Fernando San Miguel Lloveras, Esquire, Member 2013-2022, UPR Junta de Gobierno

UPR Edificio Administración Central, 1st floor, Jardín Botánico Sur, #1187 Flamboyán, S.J., PR 0092⊞

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: **04/20/2016**

s/Alexandra Robledo

*Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Juan Oliveras   Middle States Association And Commission Schools and The Middle States Association doing business as the MIDDLE STATES (

was received by me on *(date)* 16 mayo 2016.

☐ I personally served the summons on the individual at *(place)* Fernandes Son Miguel Lloveras
† Gobierno P/C Lcdo Melissey Rupe on *(date)* _____ ; or
   afic Legal † Gobierno

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*
_____
_____

My fees are $ 20.00 for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 17 mayo 2016        _____
                                   *Server's signature*

                          Juan Oliveras
                          _____
                          *Printed name and title*

                          Carolina
                          _____
                          *Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| **JAMES PETER CONLAN** | ) ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No.  3:15-CV-2841(CCC) |
| v. | ) ) | |
| | ) | 18 USC 1964 (a)+(c), 42 USC 1983; DIVE |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the I | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Guillermo Guasp, President, University of Puerto Rico, Rio Piedras Campus General Student Counci

UPR Edificio Administración Central, 1st floor, Jardín Botánico Sur, #1187 Flamboyán, S.J., PR 0092

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date:  **04/20/2016**

                                            *s/Alexandra Robledo*
                                        *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education, doing business as the MIDDLE STATES_ _Jua Oliveras_

was received by me on *(date)* _16 Mayo 2016_ .

☐ I personally served the summons on the individual at *(place)* _Guillermo Guasp, Consejo_
_Gral Estudiantes Uc Lula Rodriguez_ on *(date)* _18 mayo 2016_ ; or
_autorizada a recibir documento_

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _2000_ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _18 Mayo 2016_ _____

_____
Server's signature

_Juan Oliveras_
Printed name and title

_Carolina_
Server's address

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | | |
|---|---|---|
| **JAMES PETER CONLAN** | ) | |
| *Plaintiff(s)* | ) ) ) | Civil Action No.  3:15-CV-2841(CCC) |
| v. | ) ) | |
| | ) | 18 USC 1964 (a)+(c), 42 USC 1983; DIVE |
| UNdde States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education dsing Business et the l | ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

University of Puerto Rico, Rio Piedras Campus, General Student Council, c/o Guillermo Guasp, Pres

University of Puerto Rico, Rio Piedras Campus

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                         *FRANCES RIOS DE MORAN, ESQ.*
                         *CLERK OF COURT*

Date: _____04/20/2016_____        _____s/Alexandra Robledo_____
                                    *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Juan Oliveras

was received by me on *(date)*  16 mayo 2016 .

[x] I personally served the summons on the individual at *(place)*  Presidente Consejo de Estudiantil
UPR Piedra Rodriguez        on *(date)*  18 mayo 2016 or
Persona custodiada a recibir documentos

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other *(specify):* _____
_____

My fees are $ 20.00  for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 18 Mayo 2016 _____

_____
Server's signature

Juan Oliveras
Printed name and title

Caro Lina
Server's address

Additional information regarding attempted service, etc:
_____

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | | |
|---|---|---|
| **JAMES PETER CONLAN** | ) ) ) ) | |
| *Plaintiff(s)* | ) | Civil Action No.  3:15-CV-2841(CCC) |
| v. | ) ) | |
| | ) | 18 USC 1964 (a)+(c), 42 USC 1983; DIVE |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the N | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Hon. Rafael Román Meléndez Secretary of Education, Member Ex officio, UPR Junta de Gobierno

UPR Edificio Administración Central, 1st floor, Jardín Botánico Sur, #1187 Flamboyán, S.J., PR 0092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: **04/20/2016**                                     s/Alexandra Robledo
                                                          *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ~~Joan Oliveras~~ Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the MIDDLE STATES C

was received by me on *(date)* 16 mayo 2016.

☐ I personally served the summons on the individual at *(place)* Hon Rafael Roman Melendez

Sec. Educación P/c Magda Ruiz   on *(date)* 18 mayo 2016 ; or

Out Recibir documento

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ 20.00 for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 18 mayo 2016

_____
*Server's signature*

Joan Oliveras
*Printed name and title*

Carolina
*Server's address*

Additional information regarding attempted service, etc:

_____

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| **JAMES PETER CONLAN** ) | |
| *Plaintiff(s)* ) | Civil Action No.   3:15-CV-2841(CCC) |
| v. ) | |
| ) | 18 USC 1964 (a)+(c), 42 USC 1983; DIVE |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Hermandad de Empleados Exentos No Docentes; Oficina Nacional HEEND

Calle 2 N.E. 1001, Puerto Nuevo, Puerto Rico, 00920; PO Box 360334, San Juan, Puerto Rico, 00936

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date:    04/20/2016                              s/Alexandra Robledo
                                        *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Juan Oliveras_

was received by me on *(date)* _18 mayo 2016_

☑ I personally served the summons on the individual at *(place)* _Hermandad De Empleados_
_Efecto no docento NC Playa Pizarro_ on *(date)* _18 mayo 2016_ ; or
_aut a recibir documento_

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

_____

My fees are $ _30.00_ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _18 mayo 2016_

_____
Server's signature

_Juan Oliveras_
Printed name and title

_Carolina_
Server's address

Additional information regarding attempted service, etc:

_____

(NO EXiSte)

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

|  |  |  |
|---|---|---|
| **JAMES PETER CONLAN** | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  3:15-CV-2841(CCC) |
| | ) | |
| | ) | 18 USC 1964 (a)+(c), 42 USC 1983; DIVE⊞ |
| Middle States Association of Colleges and Schools and The Mid-Atlantic Region Commission on Higher Education doing business as the M | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Organización de Profesores Universitarios

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JAMES P. CONLAN, ESQUIRE. CONDOMINIO SAN MATEO, PH-3

1626 SAN MATEO STREET, SAN JUAN, PUERTO RICO 00912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date:   05/11/2016

_____                    _____
                                           *Signature of Clerk or Deputy Clerk*

DPR MODIFIED AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

_____