IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JAMES PETER CONLAN, PLAINTIFF<br><br>V.<br><br>THE MID-ATLANTIC REGION COMMISSION ON HIGHER EDUCATION doing business as the Middle States Association of Colleges and Schools and the MIDDLE STATES COMMISSION ON HIGHER EDUCATION (MSCHE); JOHN DOE, insurer of MSCHE; RICHARD ROE, insurer;<br>AND<br>LA ASOCIACION PUERTORRIQUENA DE PROFESORES UNIVERSITARIOS, INC. (APPU);<br>LA HERMANDAD DE EMPLEADOS EXENTOS NO DOCENTES DE LA UNIVERSIDAD DE PUERTO RICO (HEEND);<br>THE SINDICATO DE TRABAJADORES DE LA UNIVERSIDAD DE PUERTO RICO (STUPR);<br>UNIÓN BONAFIDE DE OFICIALES DE SEGURIDAD UPR (UBOS)<br>UPR-RP GENERAL STUDENT COUNCIL AND<br>THE UNIVERSITY OF PUERTO RICO (UPR),<br>THE UNIVERSITY OF PUERTO RICO BOARD OF GOVERNORS (UPR JG); Mr. Jorge L. Sánchez Colón M.D., Dr. Carlos Pérez Díaz,<br>Dra. Gloria Butrón Castelli, Dr. Juan B. Aponte Vázquez, Mr. Harold E. Soto Fortuño, Dr. Edgard Resto Rodríguez, Mr. Dennis Hickey Rivera,<br><br>Hon. Rafael Román Meléndez, Mr. Fernando San Miguel Lloveras, Esquire, Dra. Ana María García Blanco, | CIVIL NO. 3:15-CV-02841 (CCC)<br><br>Federal Question: All Writs Act & Civil<br>Rights: Writ of Assize of Novel Disseisin,<br>Writ of Assize of Nuisance;<br>Writ of Entry; Writ of Waste<br>Federal Question: R.I.C.O. Injunctive Relief<br>and private plaintiff treble damages<br>enforcement<br>Diversity: Fraudulent Certification, Breach<br>of Warranty<br><br>DEMAND FOR JURY TRIAL |

| |
|---|
| **Mr. Rafael Escalera Rodríguez, Esquire, Mr. Christian Arvelo Forteza, AND Uroyoán R. Walker-Ramos, Ph.D., Carlos Severino, Ph.D., AND FULANO DE TAL, INC., insurer of the University of Puerto Rico FULANA DE TAL, INC., insurer of the University of Puerto Rico Board of Governors AND The HON. ALEJANDRO GARCIA PADILLA, Governor of the Commonwealth of Puerto Rico,** <br><br> **DEFENDANTS** |

**NOTICE OF APPEARANCE WITHOUT SUBMITTING TO THE COURT'S JURISDICTION AND REQUESTING A 30 DAY EXTENSION, UNTIL JUNE 30, 2016 TO ANSWER OR OTHERWISE PLEA**

**TO THE HONORABLE COURT:**

COMES NOW, Guillermo Guasp-Pérez, on his official capacity as President of the University of Puerto Rico Río Piedras campus Student Council, through the undersigned attorney, and very respectfully requests, without submitting to the Court's jurisdiction[1], as follow:

---

[1] Although the appearing party has just retained the undersigned counsel and is in the process of analyzing the complaint and developing its defense, it is very respectfully submitted that, form a perusal of the allegations, the appearing party understands in good faith that there might be a viable jurisdictional argument that will be developed in a future filing. Thus, the instant motion should not be construed in any way as a submission to the Court's jurisdiction or as a waiver of any potential jurisdictional arguments.

2

1. The undersigned attorney has been recently retained by Guillermo Guasp-Pérez, on his official capacity as President of the University of Puerto Rico Río Piedras campus Student Council to represent its interest in the case of reference.

2. The undersigned attorney thus respectfully requests from this Honorable Court that he be accepted as Mr. Guasp-Pérez's attorney of record.

3. Although the instant case is at a relatively early stage, there is available documentation on complex factual and legal issues that needs to be analyzed and considered to adequately represent Mr. Guasp-Pérez's interest. I

4. In order to familiarize with said documentation and to file an adequate response or otherwise plea, the appearing party respectfully requests that it be given a 30 day period, until June 30, 2016, to file its responsive allegation.

5. Said period will not affect the procedures nor prejudice the plaintiff in any way; yet, it will allow the undersigned to gain the necessary understanding of the case to adequately represent Mr. Guasp-Pérez during the course of this litigation.

**WHEREFORE**, it is respectfully requested from this Honorable Court that: (a) the undersigned attorney be entered on record as Mr. Guasp-Pérez's legal representation; and (b) a 30 day period be given, until June 30, 2016, in order for the undersigned to familiarize with the available documentation and to file an adequate response or otherwise plea.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I electronically filed an exact copy of the foregoing with the Clerk of the Court using the CM/ECF system, which

3

will send notification of such filing to the parties of record, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**RESPECTFULLY SUBMITTED.**

In Carolina, Puerto Rico, this 31st day of May, 2016.

**S/ Alex Omar Rosa-Ambert**
USDCPR Bar # 222705
100 Blvd Media Luna Apt. 508
Carolina, PR 00987-4889
Tel. 787-422-9822
alomro@gmail.com